# EXHIBIT B

METRO   EXCLUSIVE

# Photos show Jeffrey Epstein as he's wheeled into Downtown Hospital

By Larry Celona, Eileen AJ Connelly and Emily Saul                                     August 10, 2019 | 9:49am | Updated



Jeffrey Epstein is wheeled into New York Downtown Hospital.
William Farrington

Paramedics frantically tried to revive convicted sex offender Jeffrey Epstein early Saturday morning after he was found unresponsive in his cell in downtown Manhattan, exclusive photos shot by The Post reveal.

The 66-year-old disgraced financier hanged himself in his cell in 9 South at the Metropolitan Correctional Center, according to multiple sources.

A call was placed to first responders around 6:30 a.m. as MCC staff tried to revive him, said the FDNY and Bureau of Prisons.

Photos of Epstein taken around 7:30 a.m. show the convicted pedophile still wearing his orange prison jumpsuit as he's wheeled on a gurney into New York Presbyterian-Lower Manhattan Hospital.

The images show a drawn, ashen face with closed eyes, and EMTs using a breathing apparatus in an attempt to revive the multi-millionaire convicted pedophile.

Epstein was later declared dead at the hospital.

The accused sex trafficker was on suicide watch two weeks ago after he was found nearly unconscious in his cell with injuries to his neck, though he was no longer under surveillance at the time he took his own life.

The multimillionaire was being held without bail pending a new trial on child sex-trafficking charges.

His lawyers did not respond to requests for comment.

FILED UNDER   **JEFFREY EPSTEIN**, **SUICIDE**