# EXHIBIT C





THE
THE ALEX JONES RADIO SHOW
LISTEN NOW　WATCH NOW

## RADIO SHOW NEWS VIDEOS STORE

## BREAKING NEWS CONTACT

WATCH LIVE

BREAKING　　　　　　　　　　　STORE

# JEFFREY EPSTEIN FOUND DEAD IN JAIL CELL DESPITE BEING ON 24/7 SUICIDE WATCH

Documents revealed Epstein had procured girls for "powerful men".

Paul Joseph Watson | Infowars.com - AUGUST 10, 2019　💬 199 Comments



**Jeffrey Epstein has been found dead in his jail cell despite being on 24/7 suicide watch, potentially protecting the "powerful men" for whom he procured girls from their complicity in Epstein's crimes being revealed.**

According to officials, Epstein was found dead in his New York jail cell at 7:30am this morning.

The accused sex trafficker's demise now means that innumerable powerful people allegedly complicit in his crimes, including Bill Clinton, may now be protected from scrutiny.



Jeffrey Epstein Found Dead

▶

Documents released earlier this week featured alleged trafficking victim Virginia Giuffre naming, "Numerous prominent American politicians, powerful business executives, foreign presidents, a well-known Prime Minister," as being involved in the scandal.

 **Adam Klasfeld** @KlasfeldReports · Aug 9, 2019
Replying to @KlasfeldReports @CourthouseNews
Uploading files to share right now.

Among the trove of more than a dozen, there is the formerly-sealed 76-page ruling in the case Giuffre v. Maxwell, the case brought by one of Epstein's accusers interviewed in @JKJournalist's watershed series "Perversion of Justice."

 **Adam Klasfeld**
@KlasfeldReports

From that ruling:

"Giuffre also alleged she was 'forced' to have sex with Dershowitz, 'model scout' Jean Luc Brunel, and 'many other powerful men, inc. numerous prominent American politicians, powerful business executives, foreign presidents, a well-known Prime Minister...''

> 12. In the joinder motion, Giuffre also alleged she was "forced" to have sex with Dershowitz, "model scout" Jean Luc Brunel, and "many other powerful men, including numerous prominent American politicians, powerful business executives,

> foreign presidents, a well-known Prime Minister, and other world leaders." CVRA Joinder Mot. at 5-6.
>
> 3,493  10:13 AM - Aug 9, 2019
>
> 2,348 people are talking about this

Epstein's alleged suicide follows an incident three weeks ago where the billionaire was found with injuries to his neck in what was reported as an "assault".

Given what happened, for Epstein not to have been on 24/7 suicide watch, with all objects that could have been used to hang himself such as blankets and shoelaces removed, is unthinkable.

Indeed, USA Today confirms that Epstein "had been on suicide watch."

A former federal prison guard told us that the "suicide" is highly unusual because guards have to check every 15 minutes to ensure a prisoner is safe.

As Will Chamberlain notes, CCTV and lights have to be on at all times to ensure that a prisoner does not try to kill himself.



Even Congresswoman Alexandria Ocasio-Cortez is demanding an investigation.



We repeatedly reported on warnings from lawyers and other prominent people that Epstein would be "suicided" to protect his powerful clients.



4,109 people are talking about this

Will the media label anyone who expresses skepticism towards the "suicide" a "conspiracy theorist"?

 BLACKOUT: New Epstein Documents Clear Trump

### SUBSCRIBE on YouTube:

 Paul Joseph Watson
YouTube   1M

Follow on Twitter:   Follow @PrisonPlanet

——————————————————————————————————

There is a war on free speech. Without your support, my voice will be silenced.

Please sign up for the free newsletter *here*. Donate to me on SubscribeStar *here*.

Support my sponsor – Turbo Force – a supercharged boost of clean energy without the comedown.

——————————————————————————————————

Also, make sure to get your boost of zinc and pregnenolone today with **The Real Red Pill** now at 50% off!

**WATCH LIVE**

WATCH LIVE: THE MOST CENSORED NEWS BROADCAST IN THE WORLD

INFOWARS NETWORK LIVE FEED







## RELATED ARTICLES



### DEMS/MSM CONFESS TO WANTING CORONAVIRUS TO DESTROY US ECONOMY & TRUMP
U.S. NEWS



**CORONAVIRUS BILL INCLUDES $350 MILLION FOR "MIGRATION AND REFUGEE ASSISTANCE"**
U.S. NEWS

| DEMOCRATS OFFICIALLY PUT A PRICE ON LIFE | DR. BIRX SUGGESTS U.S. RESPONSE IS REDUCING THE CORONAVIRUS RATE | US CORONAVIRUS DEATHS TOP 1,000 AS THE COUNTRY WAITS FOR $2.2 TRILLION ECONOMIC RESCUE PACKAGE |
|---|---|---|
| U.S. NEWS | U.S. NEWS | U.S. NEWS |

# SEARCH

Search for articles 



## LISTEN TO THE ALEX JONES SHOW – HERE'S HOW

Podcast | Listen | On Demand | Archive
WEEKDAYS 11–3PM AND SUNDAY 4–6PM
**How To Get The Banned Infowars Podcasts On Your Smartphone** - Find out how to subscribe to our shows!

### WATCH LIVE NOW

 WATCH LIVE: THE MOST CENSORED NEWS BROADCA…



### LATEST STORIES

From The Infowars Vault: Alex Jones Confronts Bohemian Grove Member David Gergen

Dems/MSM Confess To Wanting Coronavirus to Destroy US Economy & Trump

Everybody Was Kung Flu Fighting!

Austinites Defy Shelter-In-Place Orders

UK Police Force Creates Tool That Lets People Snitch on Others For Not "Social Distancing"

Lawyers to Homebound Employees: Turn Off Smart Speakers During Work

## GET INFORMED

Get the latest breaking news & specials from Alex Jones and the Infowars crew.

Email Address

SUBSCRIBE

### VISIT OUR STORE SHOP HERE→

**THE REAL RED PILL PLUS**
Your Price: **$79.95**

**On Sale: $39.95**

The same great formula, now with an added kick - try The Real Red Pill Plus today to help you reach your peak!





BUY NOW

LEARN MORE

# ILLUSTRATION



# POLLS

How concerned are you about contracting coronavirus (COVID-19)?

○ Very concerned.

○ Moderately concerned.

○ Slightly concerned.

○ Not concerned at all.

Vote    View Results

# INFOWARS

© 2020 Infowars.com is a Free Speech Systems, LLC Company. All rights reserved. Digital Millennium Copyright Act Notice.

| | | |
|---|---|---|
| Radio | Archive | About Alex Jones Show |
| Video | Advertise | Subscribe |
| NewsWars | Watch Alex Jones Show | Contact |
| PPTV | Most Recent | |
| Banned.Video | D.M.C.A. | |
| Store | Corrections | |
| Infowars Life | | |
| T.O.S. | | |

# INFOWARS

© 2020 Infowars.com is a Free Speech Systems, LLC Company. All rights reserved. Digital Millennium Copyright Act Notice.