UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **WILLIAM FARRINGTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **INFOWARS, LLC**, <br><br> Defendant. | No. 1:20-cv-00332-LY <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 15, 2021.

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
Ronald D. Green (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: 702-420-2001
ecf@randazza.com

Bradley J. Reeves (TX Bar No. 24068266)
REEVES LAW, PLLC
702 Rio Grande Street, Suite 306
Austin, TX 78701

Attorneys for Defendant
Infowars, LLC

/s/ Craig Sanders
Craig B. Sanders
BARSHAY SANDERS, PLLC
100 Garden City Plaza, 5th Floor
Garden City, NY 11530
Tel: (516) 203-7600
CSanders@barshaysanders.com

Attorneys for Plaintiff
William Farrington